UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.   ) | CASE NO. 4:21CR111 |
| ) | |
| VERNEST CLEVELAND ) | |

### ORDER ON MOTION FOR LEAVE

This matter is before the Court on the defense counsel's Motion for Leave on the following days:

March 25, 2022 to March 29, 2022

| | |
|---|---|
| March 3, 2022 | May 5, 2022 |
| March 10, 2022 | May 12, 2022 |
| March 15, 2022 | May 17, 2022 |
| | May 19 2022 |
| April 7, 2022 | |
| April 14, 2022 | June 9, 2022 |
| April 19, 2022 | June 21, 2022 |
| April 21, 2022 | June 23, 2022 |

After careful consideration, said Motion is **GRANTED**.

SO ORDERED, this 23rd day of February, 2022.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia